No. 01–6085. GRIFFIN v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 01–6124. DEVILLAR v. ARTUZ, SUPERINTENDENT, GREEN HAVEN CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 01–6129. DAVIS v. ALABAMA. Ct. Crim. App. Ala. Certiorari denied.

No. 01–6132. FARRIS v. NATIONSBANC MORTGAGE CORP. ET AL. Ct. App. Ga. Certiorari denied.

No. 01–6137. FLORES v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 01–6142. RUSSWORM v. CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 01–6146. SPARKMAN v. ANDERSON, SUPERINTENDENT, INDIANA STATE PRISON. C. A. 7th Cir. Certiorari denied.

No. 01–6147. AUTREY, AKA FLETCHER v. ALABAMA. Ct. Crim. App. Ala. Certiorari denied.

No. 01–6148. BARRIOS v. TEXAS. Ct. App. Tex., 1st Dist. Certiorari denied.

No. 01–6152. BOLEY v. DORMIRE, SUPERINTENDENT, JEFFERSON CITY CORRECTIONAL CENTER. C. A. 8th Cir. Certiorari denied.

No. 01–6153. QUINN v. BOYD, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 01–6156. BIRDSONG v. FLORIDA. Dist. Ct. App. Fla., 3d Dist. Certiorari denied.

No. 01–6159. WRAY v. HALEY, COMMISSIONER, ALABAMA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 01–6160. VANISI v. NEVADA. Sup. Ct. Nev. Certiorari denied.

No. 01–6167. MOORE v. BOOKER, SUPERINTENDENT, MISSISSIPPI STATE PENITENTIARY, ET AL. C. A. 5th Cir. Certiorari denied.